```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GREGG VIGLIOTTI,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :      24 Civ. 1472 (JPC)
              -v-                                                      :
                                                                       :             ORDER
HOULIHAN/LAWRENCE INC. and PETER CHEN,                                 :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 4, 2024, Plaintiff served Defendant Houlihan/Lawrence Inc. with copies of the Summons and Complaint. Dkt. 9. Houlihan/Lawrence's deadline to respond to the Complaint was therefore March 25, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, yet the docket does not reflect a response to the Complaint from Houlihan/Lawrence. Accordingly, the Court extends *sua sponte* Houlihan/Lawrence's deadline to respond to the Complaint until April 3, 2024.

SO ORDERED.

Dated: March 27, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge