UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
GREGG VIGLIOTTI, :
:
Plaintiff, :
: 24 Civ. 1472 (JPC)
-v- :
: ORDER
HOULIHAN/LAWRENCE INC. and PETER CHEN, :
:
Defendants. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 21, 2024, Plaintiff served Defendant Peter Chen with copies of the Summons and Complaint.  Dkt. 10.  Chen's deadline to respond to the Complaint was therefore April 11, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Chen.  Accordingly, the Court extends *sua sponte* Chen's deadline to respond to the Complaint until April 19, 2024.  If Chen once again fails to respond to the Complaint by his deadline to do so, Plaintiff should seek a Certificate of Default by April 26, 2024.

SO ORDERED.

Dated: April 12, 2024
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge