```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GREGG VIGLIOTTI,                                                       :
                                                                       :
                        Plaintiff,                                     :
                                                                       :            24 Civ. 1472 (JPC)
        -v-                                                            :
                                                                       :                 ORDER
HOULIHAN/LAWRENCE INC. and PETER CHEN,                                 :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Under the terms of the Civil Case Management Plan and Scheduling Order, the parties were to file a joint status letter to the Court no later than January 17, 2025. *See* Dkt. 25 ¶ 18. That deadline has passed and the docket does not reflect the entry of a joint status letter. The Court *sua sponte* extends the parties' deadline to January 24, 2025.

      SO ORDERED.

Dated: January 21, 2025
       New York, New York

                                            JOHN P. CRONAN
                                          United States District Judge